UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 DEC 28 AM 9:39

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **'07 MJ 2994** |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF: |
| v. | |
| | Title 8, U.S.C., Section 1326 |
| **Abelardo GALVAN-Quezada,** | Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **December 27, 2007**, within the Southern District of California, defendant, **Abelardo GALVAN-Quezada**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **December 2007**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Abelardo GALVAN-Quezada**

## PROBABLE CAUSE STATEMENT

On December 27, 2007 at approximately 2:00 A.M., El Cajon Border Patrol Agents responded to a seismic sensor activation reported by Border Patrol dispatch. This sensor is approximately five miles west and ten miles north of the Tecate, California Port of Entry. After walking toward the location for approximately three hours, Agents noticed several sets of footprints north of the sensor. Agents followed the footprints and encountered three subjects sleeping inside a cave. Border Patrol Agent L. Colon identified herself as a Border Patrol Agent and questioned each subject regarding their citizenship and nationality. All three subjects individually stated that they were citizens and nationals of Mexico and that they did not have any immigration documents that would allow them to enter or remain in the United States legally. The three subjects were subsequently placed under arrest. As Agents continued to search the caves nearby, Agent R. Muniz encountered another subject attempting to flee from the area, away from the group. After a short foot chase, Agent Muniz was able to apprehend the subject. Agent Muniz identified himself as a United States Border Patrol Agent and questioned the subject later identified as the defendant **Abelardo GALVAN-Quezada,** regarding his citizenship. The defendant stated that he was a citizen and national of Mexico, present in the United States without any immigration documents that would allow him to enter or remain legally. The defendant was also subsequently placed under arrest. All four subjects were transported to El Cajon Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 09, 2007,** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights in the Spanish language. The defendant stated that he understood his rights and was willing answer questions without having an attorney present. The defendant stated that he is a citizen and national of Mexico illegally present in the United States. The defendant stated that he entered the United States by crossing under the United States/Mexico International Border Fence east of Tecate, California on December 26, 2007. The defendant stated that he has no documents that would allow him to enter or remain legally in the United States.